AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

THE ESTATE OF LORETTE JOLLES
SHEFNER, Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

MAURICE TUCHMAN, ESTI DUNOW,
the GALERIE CAZEAU-BÉRAUDIÈRE,
the NATIONAL GALLERY OF ART,
LONTREL TRADING, and JOHN DOES 1-10,
Defendants.

CASE NUMBER:

'08 CIV 4443
JUDGE SWAIN

TO: (Name and address of Defendant)

National Gallery of Art
Sixth St. and Constitution Avenue NW
Washington, DC 20565

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALSTON & BIRD LLP
Karl Geercken, Esq.
F. Paul Greene, Esq.
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

Nasseca Doss

(By) DEPUTY CLERK

DATE   MAY 12 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF LORETTE JOLLES SHEFNER by and through its executors Mr. Barry Shefner, Ms. Ariela Braun, and Mr. Leon Miller,<br><br>                     Plaintiff,<br><br>-against-<br><br>MAURICE TUCHMAN, ESTI DUNOW, the GALERIE CAZEAU-BÉRAUDIÈRE, the NATIONAL GALLERY OF ART, LONTREL TRADING, and JOHN DOES 1-10,<br><br>                     Defendants. | Case No. 08 Civ. 4443<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

Doris Altmann, being duly sworn, deposes and says: that she is over the age of eighteen years, that she is employed in the office of Alston & Bird LLP, attorneys for Plaintiff THE ESTATE OF LORETTE JOLLES SHEFNER; that on May 12, 2008, she served the enclosed "Summons" and "Complaint" by Certified Mail, Return Receipt Requested, in a sealed envelope, with postage prepaid thereon, in a post-office of the U.S. Postal Service within the State of New York, on Defendant the National Gallery of Art, addressed as indicated below:

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Elizabeth A. Croog, Esq.
National Gallery of Art
2000B South Club Drive
Landover, MD 20785

U.S. Department of Justice
Southern District of New York
86 Chambers Street
New York, NY 10007

_____
Doris Altmann

Sworn to before me
this 14th day of May, 2008.

_____
Notary Public

FRANCIS PAUL GREENE
Notary Public, State of New York
02GR6146353
Qualified in New York County
Commission Expires May 15, 2010