AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

THE ESTATE OF LORETTE JOLLES
SHEFNER, Plaintiff

V.

MAURICE TUCHMAN, ESTI DUNOW,
the GALERIE CAZEAU-BÉRAUDIÈRE,
the NATIONAL GALLERY OF ART,
LONTREL TRADING, and JOHN DOES 1-10,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 4443

JUDGE SWAIN

TO: (Name and address of Defendant)

Esti Dunow
209 W. 86th Street
New York, NY 10024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALSTON & BIRD LLP
Karl Geercken, Esq.
F. Paul Greene, Esq.
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  MAY 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————X
THE ESTATE OF LORETTE JOLLES SHEFNER by and          Index No. 08 CIV. 4443
through its executors Mr. Barry Shefner, Ms. Ariela          JUDGE SWAIN
Braun, and Mr. Leon Miller,                                                      AFFIDAVIT OF SERVICE
        Plaintiff(s),

   -against-
MAURICE TUCHMAN, ESTI DUNOW, the GALERIE
CAZEAU-BERAUDIERE, the NATIONAL GALLERY
OF ART, LONTREL TRADING, and JOHN DOES 1-10
        Defendant(s).
————————————————————————————X
STATE OF NEW YORK)
        S.S.:
COUNTY OF NEW YORK)

        **DARRYL A. GREEN**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 13th day of May 2008, at approximately 8:09 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED, JUDGES' RULES AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL** upon Esti Dunow at 209 West 86th Street, #801, New York, NY 10024, by personally delivering and leaving the same with Esti Dunow at that address. At the time of service, deponent asked Esti Dunow if she is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        Esti Dunow is a white female, approximately 50 years of age, stands approximately 5 feet 0 inches tall and weighs approximately 120 pounds with black hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
14th day of May 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20____