UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF LORETTE JOLLES SHEFNER by and through its executors Mr. Barry Shefner, Ms. Ariela Braun, and Mr. Leon Miller,<br><br>                   Plaintiff,<br>-against-<br><br>MAURICE TUCHMAN, ESTI DUNOW, the GALERIE CAZEAU-BÉRAUDIÈRE, the NATIONAL GALLERY OF ART, LONTREL TRADING, and JOHN DOES 1-10,<br>                   Defendants. | Case No.  08 Civ. 4443<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

    Doris Altmann, being duly sworn, deposes and says: that she is over the age of eighteen years, that she is employed in the office of Alston & Bird LLP, attorneys for Plaintiff THE ESTATE OF LORETTE JOLLES SHEFNER; that on May 22, 2008, she served the enclosed "Initial Conference Order" by Certified Mail, Return Receipt Requested, in a sealed envelope, with postage prepaid thereon, in a post-office of the U.S. Postal Service within the State of New York, addressed to the addressees indicated below:

Maurice Tuchman
200 East 69th Street
Apartment No. 17B
New York, NY  10021

Esti Dunow
209 W. 86th Street
New York, NY  10024

National Gallery of Art:

   U.S. Department of Justice  
   950 Pennsylvania Avenue, NW  
   Washington, DC  20530-0001

   Elizabeth A. Croog, Esq.  
   National Gallery of Art  
   2000B South Club Drive  
   Landover, MD  20785

                                                                U.S. Department of Justice  
                                                               Southern District of New York  
                                                               86 Chambers Street  
                                                               New York, NY  10007

                                                                                               _____  
                                                                                               Doris Altmann

Sworn to before me  
this 22nd day of May, 2008.

_____  
Notary Public

                    FRANCIS PAUL GREENE  
                Notary Public, State of New York  
                        No. 02GR6146353  
                 Qualified in New York County  
              Commission Expires May 15, 2010