

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
THE ESTATE OF LORETTE JOLLES SHEFNER : No. 08 CV 4443(LTS)(DFE)
by and through its executors Mr. Barry Shefner, Ms. :
Ariela Braun, and Mr. Leon Miller, : STIPULATION AND
: ORDER
Plaintiff, :
:
-against- :
:
MAURICE TUCHMAN, ESTI DUNOW, the :
GALERIE CAZEAU-BÉRAUDIÈRE, the :
NATIONAL GALLERY OF ART, LONTREL :
TRADING, and JOHN DOES 1-10, :
:
Defendants. :
------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and among undersigned counsel for Plaintiff the Estate of Lorette Jolles Shefner ("Plaintiff") and Defendants Maurice Tuchman and Esti Dunow (together, the "Individual Defendants"), that the Individual Defendants' time to serve and file an Answer to the Complaint filed in this action on May 12, 2008 is extended up to and including June 16, 2008.

Dated: New York, New York
       June 3, 2008

ALSTON & BIRD LLP

By: _____        _____
Karl Geercken (KG 5897)           Georges G. Lederman (GL 5051)
F. Paul Greene (FG 1837)          52 Duane Street, 7th Floor
90 Park Avenue                    New York, New York 10007
New York, New York 10016          Tel. (212) 374-9160
Tel. (212) 210-9400
*Attorneys for Plaintiff the Estate of*   *Attorney for Defendants Maurice*
*Lorette Jolles Shefner*                  *Tuchman and Esti Dunow*

SO ORDERED

_____ 6/4/08
                       U.S.D.J.

LEGAL02/30830979v1