UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

THE ESTATE OF LORETTE JOLLES SHEFNER
by and through its executors Mr. Barry Shefner, Ms.
Ariela Braun, and Mr. Leon Miller,

          Plaintiff,

  — against—

MAURICE TUCHMAN, ESTI DUNOW, the
GALERIE CAZEAU-BÉRAUDIÈRE, the
NATIONAL GALLERY OF ART, LONTREL
TRADING, and JOHN DOES 1-10,

         Defendants.

------------------------------------------------------------------ x

08 CIV 4443 (LTS) (DFE)

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that I have been retained by Maurice Tuchman and Esti Dunow, defendants in the above-captioned action. I was admitted to practice in this District on August 5, 1997.

Dated: New York, New York
   June 13, 2008

                Georges G. Lederman Attorney at Law


                   S/
                _____
                Georges G. Lederman (GL5051)

                *Office and Post Office Address*
                52 Duane Street, 7th Floor
                New York, NY 10007
                Telephone: (212) 374-9160
                Facsimile: (212) 732-6323
                E-mail: ggl@lederman-law.com