UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
: 
THE ESTATE OF LORETTE JOLLES SHEFNER : 08 CIV 4443 (LTS) (DFE)
by and through its executors Mr. Barry Shefner, Ms. :
Ariela Braun, and Mr. Leon Miller, :
 :
            Plaintiff, :
 :
    — against — : **NOTICE OF**
 : **APPEARANCE**
 :
MAURICE TUCHMAN, ESTI DUNOW, the :
GALERIE CAZEAU-BÉRAUDIÈRE, the :
NATIONAL GALLERY OF ART, LONTREL :
TRADING, and JOHN DOES 1-10, :
 :
            Defendants. :
 :
------------------------------------------------------------------ x

PLEASE TAKE NOTICE that I have been retained by Maurice Tuchman and Esti Dunow, defendants in the above-captioned action. I was admitted to practice in this District on August 5, 1997.

Dated: New York, New York
       June 13, 2008

                                        Georges G. Lederman Attorney at Law


                                        _____S/_____
                                        Georges G. Lederman (GL5051)

                                        *Office and Post Office Address*
                                        52 Duane Street, 7th Floor
                                        New York, NY 10007
                                        Telephone: (212) 374-9160
                                        Facsimile: (212) 732-6323
                                        E-mail: ggl@lederman-law.com