UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

THE ESTATE OF LORETTE JOLLES
SHEFNER by and through its executors Mr. Barry
Shefner, Ms. Ariela Braun, and Mr. Leon Miller,

               Plaintiff,

  v.

MAURICE TUCHMAN, ESTI DUNOW, the
GALERIE CAZEAU-BÉRAUDIÈRE, the
NATIONAL GALLERY OF ART, LONTREL
TRADING, and JOHN DOES 1-10,

               Defendants.
-------------------------------------------------------------x

**ECF CASE**

08 Civ 4443 (LTS)

NOTICE OF APPEARANCE

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         July 16, 2008

                                              Respectfully submitted,

                                              MICHAEL J. GARCIA
                                              United States Attorney for the
                                              Southern District of New York

                                By:    /s/_____
                                              SARAH S. NORMAND
                                              Assistant United States Attorney
                                              86 Chambers Street, 3rd Floor
                                              New York, New York 10007
                                              Telephone: (212) 637-2709
                                              Facsimile: (212) 637-2702
                                              Email: sarah.normand@usdoj.gov

To:    Karl Geerken and F. Paul Green
         Alston & Bird LLP
         90 Park Avenue
         New York, New York 10016