MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SARAH S. NORMAND
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2709
Facsimile: (212) 637-2702
sarah.normand@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| THE ESTATE OF LORETTE JOLLES SHEFNER by and through its executors Mr. Barry Shefner, Ms. Ariela Braun, and Mr. Leon Miller, | : : : : : |
| Plaintiff, | : : |
| - v. - | **ECF CASE** : : 08 Civ. 4443 (LTS) : |
| MAURICE TUCHMAN, ESTI DUNOW, GALERIE CAZEAU-BÉRAUDIÈRE, the NATIONAL GALLERY OF ART, LONTREL TRADING, and JOHN DOES 1-10, | : **NOTICE OF MOTION** : : : : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE THAT, upon the declaration of Sarah S. Normand, the exhibits annexed thereto, and the accompanying memorandum of law, defendant the National Gallery of Art, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Laura Taylor Swain, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing the complaint against the National Gallery of Art.

Dated: New York, New York
August 1, 2008

                          SARAH S. NORMAND
                          United States Attorney for the
                          Southern District of New York

By:     _s/ Sarah S. Normand_____
        SARAH S. NORMAND
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2709
        Facsimile: (212) 637-2702
        sarah.normand@usdoj.gov

To (by email):

    Karl Geerken, Esq.
    90 Park Avenue
    New York, NY 10016
    Counsel for Plaintiff

    Georges G. Lederman, Esq.
    52 Duane Street, 7th Floor
    New York, NY 10007
    Counsel for Defendants Tuchman and Dunow