MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SARAH S. NORMAND
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2709
Facsimile: (212) 637-2702
sarah.normand@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE ESTATE OF LORETTE JOLLES SHEFNER by and through its executors Mr. Barry Shefner, Ms. Ariela Braun, and Mr. Leon Miller, | : | |
| Plaintiff, | : | **ECF CASE** |
| - v.- | : | 08 Civ. 4443 (LTS) |
| MAURICE TUCHMAN, ESTI DUNOW, GALERIE CAZEAU-BÉRAUDIÈRE, the NATIONAL GALLERY OF ART, LONTREL TRADING, and JOHN DOES 1-10, | : | |
| Defendants. | : | |

**DECLARATION OF SARAH S. NORMAND**

SARAH S. NORMAND, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for defendant the National Gallery of Art ("NGA") in the above-captioned action. I have been assigned to defend this matter.

2. I submit this declaration in support of the NGA's motion to dismiss in

order to provide the Court with copies of documents incorporated by reference in, but not attached to, the complaint filed by plaintiff in this action.

3. Attached hereto as Exhibit A is a copy of an excerpt from the *Catalogue Raisonné* on artist Chaim Soutine, regarding *Piece of Beef*, the painting at issue in this case (the "Painting").

4. Attached hereto as Exhibit B is a true and correct copy of the letter from Elizabeth A. Croog, Secretary and General Counsel, National Gallery of Art, to Barry Shefner, dated June 29, 2007, providing information requested by Barry Shefner regarding the NGA's purchase of the Painting, and enclosing a copy of the Seller's Warranty signed by Maurice Tuchman on October 19, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 1, 2008

s/ Sarah S. Normand
SARAH S. NORMAND
Assistant United States Attorney

# Exhibit A

97
**Side of Beef**
**Pièce de bœuf**
**Rinderhälfte**

c. 1922–1923
Oil on canvas, 69,9 x 52,1 cm
(27½ x 20½ in.)
Signature, l. l. »Soutine«

PROVENANCE
*The Barnes Foundation, Merion Station Pennsylvania (1923 / –)*
*Henri Bing, Paris*
*Valentine Gallery, New York*
*Mrs. Lloyd Bruce Westcott, Clinton, New Jersey*
*The Colin Collection, New York (by 1950 / –)*

EXHIBITIONS
Paris, Paul Guillaume, group, 1923 (?)
New York, Valentine Gallery, February 3–22, 1936, no. 14, (?)
New York, Museum of Modern Art and Cleveland Museum of Art, 1950–1951, p. 112, listed; p. 68, comm.; p. 66, repr.
Florida, Palm Beach, Society of the Four Arts, 1952, no. 15
Chicago, Arts Club, 1956, no. 51
New York, M. Knoedler and Co., »The Colin Collection«, April 12–May 14, 1960, no. 82, repr.
London, Tate Gallery and Edinburgh Arts Festival, 1963, no. 23; p. 21, comm.
New York, Marlborough Gallery, 1973, no. 30, repr.
Münster, Westfälisches Landesmuseum and Tübingen, London, 1981–1982, no. 16; pp. 82, 84, comm. (Dunow); pp. 108–109, comm. (Güse); fig. 49 repr.; repr. color [English ed.] [Not exhibited in Lucerne]

REFERENCES
Sayre, A. H. *Art News*, February 8, 1936, p. 5, comm. (?)
Szittya, E. *Soutine et son temps*, 1955, p. 65, fn. 2, comm.
Forge, A. *Soutine*, 1965, no. 20, comm., repr. color
Courthion, P. *Soutine, Peintre du déchirant*, 1972, p. 73, comm.; p. 72, repr. color; p. 242C, repr.
Cogniat, R. *Soutine*, 1973, p. 34, repr. color
Werner, A. *Chaim Soutine*, 1977, p. 48, fig. 52, repr.
Exhibition catalogue. New York, Galleri Bellman, 1983–1984, p. 23, comm. (Güse)
Güse, E.-G. *Die Kunst*, December 1983, p. 837, no. 2, repr. color
Exhibition catalogue. Milan Galleria Bergamini, 1987, repr.

98
**Side of Beef and Calf's Head**
**Bœuf et tête de veau**
**Rinderhälfte und Kalbskopf**

c. 1923
Oil on canvas, 92,1 x 73 cm
(36¼ x 28¾ in.)
Signature, l. r. »C. Soutine«

PROVENANCE
*Paul Guillaume, Paris*
*Mme. Jean Walter, Paris (– / 1963)*
*Musée de l'Orangerie, Paris Collection Jean Walter et Paul Guillaume (1963 / –)*

EXHIBITIONS
Paris, Galerie Bernheim-Jeune, group, 1929 (?)
Venice, XXVI Biennal, 1952, no. 28.
Paris, Galerie Charpentier, 1959, no. 45
London, Tate Gallery, 1963, no. 28; pp. 21–22, comm.; pl. 18, repr.
Paris, Orangerie des Tuileries, group, 1966, no. 131, comm., repr.
Paris, Musée Jacquemart-André, »La Ruche et Montparnasse, 1902–1930«, December 22, 1978–April 1, 1979, no. 125, comm.
Münster, Westfälisches Landesmuseum, 1981–1982, no. 15; p. 44, comm. (Sylvester); p. 84, comm. (Dunow); pp. 108, 109, comm. (Güse); fig. 50; repr. [English ed.] [Exhibited in Munster only]
Musée de Chartres, 1989, no. 44, comm., repr. color

REFERENCES
Arcangeli, F. *Paragone*, September 1952, p. 63, comm.; pl. 30, repr.
Sylvester, D. *Art News*, October 1963, pp. 23, 24, comm.; p. 25, no. 12, repr.
Exhibition catalogue. Paris, M. Knoedler et Cie, »L'Héritage de Delacroix«, June 1964, comm.
Forge, A. *Soutine*, 1965, no. 24, comm., repr. color
Courthion, P. *Soutine. Peintre du déchirant*, 1972, p. 242A, repr.
Warnod, J. *La Ruche et Montparnasse*, 1978, p. 99, repr.
Exhibition catalogue. New York, Galleri Bellman, 1983–1984, p. 23, comm. (Güse)
Musée de l'Orangerie, Paris. *Collection Jean Walter et Paul Guillaume*, 1984, (2 ed. 1987, 3 ed. 1990), no. 120, comm., repr. color

99
**Piece of Beef**
**Le bœuf**
**Rind**

c. 1923
Oil on canvas, 81,6 x 60 cm
(32⅛ x 23⅝ in.)
Signature, l. r. »Soutine«

PROVENANCE
*Paul Guillaume, Paris*
*Jos. Hessel, Paris*
*Duncan MacDonald*
*Eardley Knollys, London (by 1945 / –)*
*Alex Reid and Lefèvre Ltd., London*
*Georges Keller, New York – Davos, Switzerland (by 1952 / 1973) [On extended l... to Kunstmuseum Bern, 1952–1973]*
*Modarco Advisory Service, Geneva, Switzerland (December 1, 1973 / November 1...*
*Knoedler-Modarco, S.A., New York (November 1978 / October 1979)*
*Cosmondia S.A., Geneva Switzerland (October 1979 / –)*
*Galerie Heyraud Bresson, Paris (– / April 1981)*
*Daniel and Lorelle Shefner, Quebec Ca... (April 1981 / –)*
*Lorelle Shefner, Quebec, Canada*

AUCTIONS
Paris, Palais Galliera, December 1, 197... lot 50, repr. color

EXHIBITIONS
London, Storran Gallery, 1938, no. 11
London, Lefevre Gallery, »School of F... (Picasso and his contemporaries)«, May–June 1945, no. 41
London, Gimpel Fils, 1947, no. 13

REFERENCES
Exhibition catalogue. London, Tate Gallery and Edinburgh Arts Festiv... 1963, p. 21, comm.
Courthion, P. *Soutine, Peintre du déchi...* 1972, p. 238B, repr.

# Exhibit B

NATIONAL GALLERY OF ART

*Office of the Secretary and General Counsel*

June 29, 2007

Mr. Barry Shefner
470 Stanstead Avenue
Mount Royal, Quebec
CANADA H3R 1X6

Dear Mr. Shefner:

I write in response to your letter dated June 22, 2007, and faxed to me that same day, with respect to the painting by Chaim Soutine, *Piece of Beef*. As I told you, our records show that the painting was purchased by the National Gallery of Art in October 2004 for the sum of $2 million. The painting was sold to us by Galerie Cazeau-Beraudiere, 16, avenue Matignon, Paris, France, with Maurice Tuchman acting as agent. Mr. Tuchman signed the National Gallery's standard warranty, a copy of which is enclosed herewith.

The insurance value put on the painting for shipping purposes was the asking price of $2 million.

The painting was brought to the National Gallery's attention by Mr. Tuchman, after our curator had asked him if he knew of the availability of any Soutine still lifes. This was in May/June of 2004. Mr. Tuchman showed the painting to our curators in New York. The painting was recommended for purchase at the next meeting of the National Gallery Board of Trustees, which was on October 1, 2004. The Board approved the purchase.

Now that I have provided the information that you requested, I would appreciate your giving me the name of the individual/corporation that bought the work from your mother, so that our provenance information is complete. We are in the process of updating our website to reflect the provenance information that we have on the painting.

Many thanks-

Sincerely,

Elizabeth A. Croog

Elizabeth A. Croog
Secretary and General Counsel

Enclosure

(202) 842-6363 telephone · (202) 842-3782 fax
Sixth Street and Constitution Avenue NW, Washington, DC · *www.nga.gov*
*Mailing address* · 2000B South Club Drive, Landover, MD 20785

Seller's Warranty

I hereby warrant that the work(s) of art described hereon and sold to the Trustees of the National Gallery of Art, Washington, D.C., U.S.A., is (are) free of all liens and encumbrances, that (use clause a. or b. as appropriate)

a. I am the authorized agent of the owner, who is CAZEAU - BERAUDIERE GALLERY

b. I am the actual owner of said work(s) of art,

and am competent to make said sale; and that, in so doing, I hereby transfer to the said Trustees legal title to said work(s) of art and all other property rights or interests therein of whatever kind and wheresoever situated including, without limiting the generality of the foregoing, whatever copyright and associated rights may belong to the owner.

I further warrant that said work(s) of art has (have) not been exported from nor imported into any country contrary to the laws thereof or to the provisions of the UNESCO convention on the means of prohibiting and preventing the illicit import, export, and transfer of ownership of cultural property.

Work(s):

Chaim Soutine
*Piece of Beef*, 1923
Oil on canvas
32 1/8" x 23 5/8'

Maurice Tuchman

19 October 04