# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax 212-210-9444
www.alston.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 2 2008

Pamela L Lewis                    Direct Dial: 212-210-9587          E-mail: pamela.lewis@alston.com

July 17, 2008

*VIA FACSIMILE*

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

# MEMO ENDORSED

Re:     Estate of Lorette Jolles Shefner v. Tuchman - 08 Civ. 4443 (LTS)(DFE)

Dear Judge Swain:

Further to the parties' correspondence with the Court concerning a consensual adjournment of the initial pretrial conference, we have consulted with all counsel of record and request, if convenient for Your Honor, that the conference previously scheduled for August 22, 2008, be rescheduled for September 10, 11 or 12.

Your consideration of our request is appreciated.

Respectfully yours,

Pamela L. Lewis
Manager of Legal Resources

PLL:pll
cc:     Georges G. Lederman, Esq.
        Sarah S. Norman
        Karl Geercken

ADMIN/20244213v2

*The conference is adjourned to September 12, 2008 at 10:15 AM.*

SO ORDERED.

8/11/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE