AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

THE ESTATE OF LORETTE JOLLES
SHEFNER, Plaintiff

V.

MAURICE TUCHMAN, ESTI DUNOW,
the GALERIE CAZEAU-BÉRAUDIÈRE,
the NATIONAL GALLERY OF ART,
LONTREL TRADING, and JOHN DOES 1-10,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 4443

JUDGE SWAIN

TO: (Name and address of Defendant)

Galerie Cazeau-Béraudière
16, Avenue Matignon
75008 Paris
France

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALSTON & BIRD LLP
Karl Geercken, Esq.
F. Paul Greene, Esq.
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAY 12 2008

J. MICHAEL McMAHON

CLERK  _Jessica Doss_ (signature)

DATE

(By) DEPUTY CLERK

[Rubber stamp:]
SECOND ORIGINAL

Jean-Louis
HAUGUEL
Stéphanie
SCHAMBOURG
Associated Court Bailiffs
14 Fauburg Saint Honoré
75008 Paris
Tel.: 01.53.30.80.00
Fax: 01.42.66.95.51

[Logo]

Office reference
97404394
PUBLIC SECTOR:
CIVIL 053

# DECLARATION OF DELIVERY

**ON**: August 19, 2008

**FROM**: The undersigned Stéphanie SCHAMBOURG, Associated Court Bailiff of SCP HAUGUEL-SCHAMBOURG, a private company, 14 Fauburg Saint Honoré, 75008 PARIS,

**TO:**
GALERIE CAZEAU BERAUDIERE, with company headquarters located at 16 Avenue MATIGNON 75008 PARIS 8
in the person of its legal representative.

who is and acts as indicated on the sheet appended hereto.

## AT THE REQUEST OF:
Josh R. Cobb, APS INTERNATIONAL LTD, with company headquarters located at APS International Plaza, 7800 GLENROY ROAD, MINNEAPOLIS, MINNESOTA 55439 – 3122 USA , who carries out, follows up and acts as the legal representative of the said company and is located in this quality at the said headquarters

## ACTING IN THE NAME OF:
THE ESTATE OF LORETTE JOLLES SHEFNER

I AM ENCLOSING HEREWITH:

1) A copy of my present summons

2) A copy of a WRIT TO APPEAR dated MAY 12, 2008.

WITH ALL DUE RESERVE

| | |
|---|---|
| Jean-Louis<br>HAUGUEL<br>Stéphanie<br>SCHAMBOURG | **OFFICIAL REPORT OF DELIVERY<br>TO THE OFFICE** |

Associated Court Bailiffs
14 Fauburg Saint Honoré
75008 Paris
Tel.: 01.53.30.80.00
Fax: 01.42.66.95.51

[Logo]
Court Bailiff

Reference of study
97404394
Public Sector
PVS 5

**Cost of action**
------------------------

| Kind | Amount |
|---|---|
| Art. 6 & 7 | 89.00 |
| Total H.T. | 89.00 |
| Total TTC | 89.00 |

**Art. 6 & 7:**
Fixed duty
**Art. 18:**
Traveling costs
**Art. 13:**
Law of Obligation
of Proceedings
**Letter:**
Postage

*[H.T. = tax not included;
TTC = all taxes included;]
N.C.P.C. = New Code of
Civil Procedure]*

ON
TUESDAY, AUGUST 19, 2008

This document has been sent by the Sworn-in Clerk, and will be initialed on the originals and in accordance with the declarations that have been made to him, to

**GALERIE CAZEAU BERAUDIERE
16 Avenue MATIGNON
75008 PARIS 8**
as indicated hereinbelow in this Report of Delivery

I went to the above address to deliver a copy of the present document

At the said spot:

- **The place was closed when I arrived**
- **Nobody answered my calls**

After having verified the certainty of the addressee's domicile in the following manner:

- **Confirmation of the domicile by the neighborhood**

the notification of a person at the domicile having been impossible, a copy of the present document was deposited at our office in a closed envelope bearing no other indication except for, on one side, the name and address of the party that was to receive the document and, on the other, the Court Bailiff's seal affixed on the closure of the envelope. A notice of the date of coming by was left on this day at the said address in accordance with Article 656 of N.C.P.C., the letter made provision for in Article 658 of N.C.P.C. having been addressed to the said party with an enclosed copy of the notification document at the latest on the first letter-openable day after the date of the present writing.

The present notification document consisted of 196 sheets the cost of which is shown in detail on the left.

                We have initialed the statements
                concerning the service

                      [Rubber stamp:]
                      S.C.P. HAUGUEL and SCHAMBURG
                      Associated Court Bailiffs
                      14, rue Fauburg Saint-Honoré
                      75008 PARIS
Document signed by:

Ms. S. SCHAMBOURG

Jean-Louis
HAUGUEL
Stéphanie
SCHAMBOURG
Huissiers de Justice associés
14 Faubourg Saint Honoré
75008 PARIS
Tél : 01.53.30.80.00
Fax : 01.42.66.95.51



Référence de l'étude
97404394
SP
CIVIL053

# ACTE DE REMISE

LE : Dix Neuf AOUT
DEUX MILLE HUIT

Je soussignée Stéphanie SCHAMBOURG, Huissier de Justice Associé de la SCP HAUGUEL-SCHAMBOURG, 14 Faubourg Saint Honoré, 75008 PARIS,

**A :**
GALERIE CAZEAU BERAUDIERE, dont le siège social est 16 Avenue MATIGNON 75008 PARIS 8, pris(e) en la personne de son représentant légal
Où étant et parlant à comme indiqué en feuille annexée au présent.

**A LA DEMANDE DE :**
Josh R. Cobb, APS INTERNATIONAL LTD, dont le siège se trouve APS International Plaza, 7800 GLENROY ROAD, MINNEAPOLIS, MINESOTA 55439 - 3122 USA, agissant poursuites et diligences de son représentant légal domicilié en cette qualité audit siège.

**AGISSANT AU NOM DE :**
LA SUCCESSION DE LORETTE JOLLES SHEFNER

**JE VOUS REMETS CI-JOINT :**

1°) Copie de mon présent exploit

2°) copie d'une CITATION A COMPARAITRE en date du 12 MAI 2008

SOUS TOUTES RESERVES

Jean-Louis
HAUGUEL
Stéphanie
SCHAMBOURG

Huissiers de Justice associés
14 Faubourg Saint Honoré
75008 PARIS
Tél : 01.53.30.80.00
Fax : 01.42.66.95.51



| Référence de l'étude |
|---|
| 97404394 |
| SP |
| PVS5 |

Coût de l'acte

| Nature | Montant |
|---|---|
| Art. 6 & 7 | 89.00 |
| Total H.T | 89.00 |
| Total TTC | 89.00 |

**Art. 6 et 7 :**
  Droits Fixes
**Art.18 :**
  Frais de Déplacement
**Art. 13 :**
  Droit d'Engagement de
  Poursuites
**Lettre :**
  Affranchissement

## PROCES VERBAL DE REMISE A ETUDE

LE
**MARDI DIX NEUF AOUT DEUX MILLE HUIT**

Cet acte a été remis par Clerc Assermenté, dont les mentions seront visées par moi sur les originaux et selon les déclarations qui lui ont été faites, à

**GALERIE CAZEAU BERAUDIERE**
**16 Avenue MATIGNON**
**75008 PARIS 8**
suivant les modalités indiquées au Procès Verbal de signification ci après

Je me suis transporté à l'adresse ci dessus aux fins de délivrer copie du présent acte.

Audit endroit:

- **Local fermé lors de mon passage**
- **Personne ne répondant à mes appels**

après avoir vérifié la certitude du domicile du destinataire caractérisé par les éléments suivants:

- **Confirmation du domicile par le voisinage**

la signification à personne, à domicile, étant impossible, la copie du présent acte a été déposée en notre étude sous enveloppe fermée ne portant d'autre indication que d'un côté, les nom et adresse du destinataire de l'acte et de l'autre côté, le cachet de l'Huissier de Justice apposé sur la fermeture du pli. Un avis de passage daté a été laissé ce jour au domicile conformément à l'article 656 du N.C.P.C. et la lettre prévue à l'article 658 du N.C.P.C. a été adressée au destinataire avec copie de l'acte de signification au plus tard le premier jour ouvrable suivant la date du présent.

Le présent a été établi en cent quatre vingt seize feuillets dont le coût est détaillé ci-contre

Acte signé par :

Me S. SCHAMBOURG

Visées par nous les mentions
relatives à la signification

